Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61813.**—Halsey Import Company *v.* United States, protest 311600–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61814.**—International Expediters, Inc. *v.* United States, protest 311534–K (New York).

Opinion by DONLON, J.  An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

APRIL 7, 1958

**No. 61815.**—Sandoz Chemical Works, Inc. *v.* United States, protest 251425–K.— C. D. 1956.  Motion of Government for rehearing granted.

**No. 61816.**—Falcon Import Co. *v.* United States, protest 227315–K.—Protest abandoned February 20, 1958.  (Not published.)  (Initial No. 158214–K.)  Plaintiff's application for rehearing granted.

APRIL 8, 1958

**No. 61817.**—Martin M. Jordan Corp. *v.* United States, protest 295930–K.—Protest abandoned March 21, 1958.  (Not published.)  (Initial No. 282999–K.)  Plaintiff's application for rehearing granted.

APRIL 9, 1958

**No. 61818.**—Dulien Steel Products, Inc., of Calif. et al. *v.* United States, protest 182769–K.— C. D. 1968.  Plaintiffs' application for rehearing denied.

**No. 61819.**—Dulien Steel Products, Inc., of Calif. et al. *v.* United States, protest 182770–K.— C. D. 1969.  Plaintiffs' application for rehearing denied.

BEFORE THE FIRST DIVISION, APRIL 16, 1958

**No. 61820.**—Manca, Inc. *v.* United States, protests 294500–K and 328276–K (New York).